IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Randle, Davetta C

Printed: 12/10/08

Case Number: 04 B 13102
Judge: Squires, John H
Filed: 4/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 29, 2008
Confirmed: May 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 32,175.00 | |
| Secured: | | 29,501.15 |
| Unsecured: | | 1,010.63 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,663.22 |
| Other Funds: | | 0.00 |
| Totals: | 32,175.00 | 32,175.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Century Liquidation | Secured | 0.00 | 0.00 |
| 3. | Aronson Furniture Company | Secured | 95.00 | 95.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 29,406.15 | 29,406.15 |
| 5. | Portfolio Recovery Associates | Unsecured | 3,234.82 | 324.99 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,983.08 | 199.22 |
| 7. | Capital One | Unsecured | 873.70 | 87.77 |
| 8. | Portfolio Recovery Associates | Unsecured | 2,046.21 | 205.57 |
| 9. | Aronson Furniture Company | Unsecured | 1,643.70 | 165.13 |
| 10. | Capital One | Unsecured | 278.25 | 27.95 |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 13. | Citibank | Unsecured | | No Claim Filed |
| 14. | Cross Country Bank | Unsecured | | No Claim Filed |
| 15. | Russell Collection | Unsecured | | No Claim Filed |
| 16. | South Shore Hospital | Unsecured | | No Claim Filed |
| | | | $ 39,560.91 | $ 30,511.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Randle, Davetta C

Printed: 12/10/08

Case Number:  04 B 13102
Judge:  Squires, John H
Filed:  4/2/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 142.54 |
| 6.5% | 307.52 |
| 3% | 86.00 |
| 5.5% | 275.40 |
| 5% | 142.53 |
| 4.8% | 206.04 |
| 5.4% | 503.19 |
|  | $ 1,663.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

